IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:14-CR-089** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **MAURA MIA WHETSEL** | : | |

## ORDER

AND NOW, this 27th day of September, 2016, upon consideration of the government's motion for leave to file a motion to dismiss the indictment (Doc. 158), it is hereby ORDERED that said motion is GRANTED.  The Indictment filed at Middle District of Pennsylvania 1:14-CR-89 is DISMISSED.

      /S/ Christopher C. Conner
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania