# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:14-CR-89** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **MAURA MIA WHETSEL,** | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 13th day of November, 2017, upon consideration of the defendant's motion (Doc. 162) for return of property, it is hereby ORDERED that the motion (Doc. 162) is GRANTED and the defendant's passport shall be returned to her.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania